UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:16-cv-60240-BB (Bloom/Valle)

LORENE ROCQUEL THOMPSON,

    Plaintiff,

vs.

NORTH BROWARD NEUROLOGY, P.A.,
BRAD DAJANI,

    Defendants.
_____/

### **DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

    Defendants, NORTH BROWARD NEUROLOGY, P.A. and BRAD DAJANI, through undersigned counsel, file this their Response to Plaintiff's Statement of Claim, as follows:

    Plaintiff was properly paid for all hours worked. Defendants dispute plaintiff worked any hours, with either of the defendants' knowledge, actual or otherwise, for which plaintiff was not paid.

    Defendants shall provide plaintiff with pay and time records supporting this response.

Dated:   March 16, 2016
          Boca Raton, FL

Respectfully submitted,

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-mail: drlevine@bennardolevine.com
Bennardo Levine LLLP
1860 NW Boca Raton Blvd.
Boca Raton, FL  33432
Telephone:  (561) 392-8074
Facsimile:   (561) 368-6478
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Lorene Rocquel Thompson v. North Broward Neurology, P.A. et al.*
Case No. 0:16-cv-60240-BB   (Bloom/Valle)
United States District Court, Southern District of Florida

| | |
|---|---|
| Elliot Kozolchyk, Esquire<br>E-Mail: ekoz@kozlawfirm.com<br>Koz Law, P.A.<br>320 S.E. 9th Street<br>Fort Lauderdale, FL  33316<br>Telephone:   (786) 924-9929<br>Facsimile:    (786) 358-6071<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail: drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:   (561) 392-8074<br>Facsimile:    (561) 368-6478<br>Counsel for Defendants<br>*Via CM/ECF* |