UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:16-cv-60240-BB   (Bloom/Valle)

LORENE ROCQUEL THOMPSON,

    Plaintiff,

vs.

NORTH BROWARD NEUROLOGY, P.A.,
BRAD DAJANI,

    Defendants.
_____/

## DEFENDANTS' SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS

**Failure to Follow Policy**

An employer does not have knowledge of uncompensated overtime when an employee submits time sheets showing such overtime did not occur. Moreover, an employee is precluded from recovery if an employer establishes a reasonable process for an employee to report uncompensated work time and the employee fails to follow the established process.

*Gaylord v. Miami–Dade Cnty.*, 78 F. Supp. 2d 1320, 1325 (S.D. Fla.1999); *see also Santana v. RCSH Operations, LLC*, 2012 WL 463822, at *4 (S.D. Fla. Feb. 13, 2012) and *Jackson v. Corrs. Corp. of Am.*, 606 Fed. Appx. 945, 947, 949, 953 (11th Cir. 2015) (per curiam); *Brumbelow v. Quality Mills, Inc.*, 462 F.2d 1324, 1327 (5th Cir. 1972); *Jones-Turner v. Yellow Enteprise Sys., LLC*, 597 F. App'x 293, 297–98 (6th Cir. 2015), citing *White v. Baptist Memorial Health Care Corporation*, 699 F.3d 869, 876 (6th Cir. 2012).

**Automatic Lunch Break Deductions**

A practice or policy of automatically deducting a 30–minute lunch period is not violative of the FLSA on its face.

*Laplante v. Terraces of Lake Worth Rehab. & Health Ctr., LLC*, 725 F. Supp. 2d 1358, 1362–63 (S.D. Fla. 2010); *Enright v. CGH Med. Ctr.*, 1999 WL 24683, *6 (N.D. Ill.).