# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.  16-cv-60240-BLOOM/Valle

LORENE ROCQUEL THOMPSON,

      Plaintiff,

v.

NORTH BROWARD NEUROLOGY, P.A.
and BRAD DAJANI,

      Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the jury verdict issued in the above-styled case on February 10, 2017. In that verdict, the jury found no liability on the part of Defendants North Broward Neurology, P.A. and Brad Dajani (collectively, "Defendants") for overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA").  *See* ECF No. [93] ("Verdict," dated February 10, 2017).  Therein, the jury found by a preponderance of the evidence that Plaintiff Lorene Rocquel Thompson ("Plaintiff") did not work overtime hours without compensation for working lunch breaks.  *See* Verdict. ECF No. [93].

Accordingly, pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered **in favor of Defendants** and against Plaintiff upon the Verdict herein.

2. The Court reserves jurisdiction to consider appropriate post-trial motions.

3. The Clerk is directed to **CLOSE** this case.

Case No.  16-cv-60240-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 10th day of February, 2017.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2