UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60240-BLOOM/Valle

LORENE ROCQUEL THOMPSON,

    Plaintiff,
v.

NORTH BROWARD NEUROLOGY, P.A.
and BRAD DAJANI,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Defendants' Motions to Recover Taxable and Non-Taxable Costs, ECF Nos. [106], [107], [109] (collectively, the "Motions"), which were previously referred to the Honorable Alicia O. Valle for a Report and Recommendation. *See* ECF Nos. [108], [110]. On July 20, 2017, Judge Valle issued a Report and Recommendation, ECF No. [116] (the "Report"), recommending that the Motions be granted in part and denied in part, and that Defendants be awarded $3,131.28 in costs.

The Report advised that within fourteen days after the issuance of the Report, any party may serve and file written objections. *Id.* at 11-12. The Report further cautioned that "[f]ailure to timely object waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. *Id.* at 12 (citing 11th Cir. R. 3-1 (2016); *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Objections to the Report were due August 3, 2017, but to date, neither party has filed objections, nor has any party sought an extension of time to do so. Nonetheless, the Court has reviewed Judge Valle's Report and the record in this case and is otherwise fully advised in the premises.

Case No. 16-cv-60240-BLOOM/Valle

Upon review, the Court finds Judge Valle's Report and Recommendation to be well reasoned and correct. Accordingly, the Court agrees with the analysis in Judge Valle's Report and Recommendation and concludes that Defendants' Motions are granted in part and denied in part for the reasons set forth therein. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Valle's Report and Recommendation, **ECF No. [116]**, is **ADOPTED**;

2. Defendants' Motions to Recover Costs, **ECF Nos. [106], [107]**, **[109]**, are **GRANTED in part and DENIED in part**;

3. The Court awards Defendants **$3,131.28** in costs.

**DONE AND ORDERED** in Miami, Florida, this 4th day of August, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

The Honorable Alicia O. Valle