UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60240-BLOOM/Valle

LORENE ROCQUEL THOMPSON,

    Plaintiff,
v.

NORTH BROWARD NEUROLOGY, P.A.
and BRAD DAJANI,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Renewed Motion for Civil Contempt and Incarceration/Order to Show Cause as to Why Plaintiff Should Not Be Held in Contempt (the "Motion"). *See* ECF No. [126].

On February, 13, 2017, the Court entered Final Judgment in favor of Defendants, *see* ECF No. [93], upon the jury verdict issued in the case on February 10, 2017, *see* ECF No. [101]. On August 7, 2017, this Court entered an Order adopting Magistrate Judge Valle's Report and Recommendation awarding Defendants $3,131.28 in costs. *See* ECF No. [117]. On September 19, 2017, this Court granted Defendants' motion to compel Plaintiff to appear for her deposition in aid of execution and for sanctions. *See* ECF No. [122]. On October 20, 2017, the Court denied Defendants' Motion for Civil Contempt and Incarceration, *see* ECF No. [123], after finding that the Court file failed to reflect that notice was provided to Plaintiff, *see* ECF No. [124]. On November 14, 2017, Defendants filed the present Motion. *See* ECF No. [126]. To date, Plaintiff has failed to respond to Defendants' Motion or ask for an extension of time by which to do so, even after the Court ordered Plaintiff to respond. *See* ECF No. [127].

Case No. 16-cv-60240-BLOOM/Valle

A review of the record does not convince the Court that sanctioning Plaintiff by way of coercive incarceration is warranted. There are no justiciable issues of fact or law remaining in this case. The jury trial in this case took place nearly one year ago and a monetary judgment has already been entered in the Defendants' favor. *See* ECF No. [101]. The Court has alreadt granted post-judgment relief, awarding taxable costs. *See* ECF No. [117]. The Court's involvement in this case has come to a conclusion. Moreover, there are remedies available to the Defendants that will not involve the resources of the Court. Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Renewed Motion for Civil Contempt and Incarceration/Order to Show Cause as to Why Plaintiff Should Not Be Held in Contempt, **ECF No. [126]**, is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of January, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

CC:
Counsel of Record